THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JUNIOR HATFIELD, PLAINTIFF IN ERROR.

Argued November 20, 1901—Decided March 3, 1902.

On error to the Supreme Court.

For the plaintiff in error, *Michael Dunn.*

For the state, *Eugene Emley,* prosecutor of the pleas.

*38 Vroom.*              State v. Hatfield.

PER CURIAM.

Two cases with the above title were argued together.

The judgment in each of them is affirmed, for the reasons given in the *per curiam* opinion of the Supreme Court.   37 *Vroom* 443.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, GARRISON, FORT, GARRETSON, PITNEY, KRUEGER, ADAMS, VREDENBURGH, VOORHEES, VROOM.   12.

*For reversal*—None.